# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAMIRO SERVANTES, ET AL., Plaintiffs, v. FORD MOTOR COMPANY, et al., Defendants. | Case No. 17-cv-05615-BLF **REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |

Defendant Ford Motor Company ("Ford") has filed a notice of related cases in the above-captioned action whereby Ford notifies the Court that this action is related to eighty-one other actions filed in federal district courts throughout California. *See* ECF 10. Ten (10) of such actions listed in Ford's notice are currently assigned to this Court. An addition four (4) cases that appear to be related are also pending in this Court.

Pursuant to the Northern District of California's Civil Local Rule 3-12, consideration of whether these cases should be related is properly directed to the Judge with the lowest-numbered case in this District. As such, the following cases are hereby REFERRED to the Honorable Lucy H. Koh for consideration of whether these cases are related to the lowest-numbered case 5:17-cv-05613-LHK, *Hyde et al v. Ford Motor Company*.

    1. 5:17-cv-5698-BLF, *Forrester v. Ford Motor Company*
    2. 5:17-cv-5711-BLF, *Garcia v. Ford Motor Company*
    3. 5:17-cv-5704-BLF, *Hernandez v. Ford Motor Company*
    4. 5:17-cv-5706-BLF, *Indiveri v. Ford Motor Company*
    5. 5:17-cv-5620-BLF, *Mendez et al. v. Ford Motor Company*
    6. 5:17-cv-5747-BLF, *Padilla v. Ford Motor Company*

7.     5:17-cv-5750-BLF, *Raven v. Ford Motor Company*

8.     5:17-cv-5751-BLF, *Rivera v. Ford Motor Company*

9.     5:17-cv-5615-BLF, *Servantes et al. v. Ford Motor Company*

10.     5:17-cv-5705-BLF, *Simmons v. Ford Motor Company*

In addition, after Ford filed its notice of related cases, four additional cases against Ford were reassigned to this Court. The Court hereby REFERS the following cases to the Honorable Lucy H. Koh for consideration of whether these cases are also related to 5:17-cv-05613-LHK, *Hyde et al v. Ford Motor Company*.

1.     5:17-cv-05924-BLF, *Dillard et al. v. Ford Motor Company*

2.     5:17-cv-5900-BLF, *Reinprecht v. Ford Motor Company*

3.     5:17-cv-6022-BLF, *Romero et al. v. Ford Motor Company*

4.     5:17-cv-6205-BLF, *Pelloth v. Ford Motor Company*

**IT IS SO ORDERED.**

Dated: November 3, 2017

_____
BETH LABSON FREEMAN
United States District Judge